# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Ishmeel Qyshawn Chapman | )<br>)　Case No:　3:20-cr-155-KDB-DCK-1<br>)<br>)<br>)　USM No:　01774-509 |
| Date of Original Judgment:　04/09/2021<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>　　*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of　☒ the defendant　☐ the Director of the Bureau of Prisons　☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
　　☒ DENIED.　　☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated　04/09/2021　shall remain in effect.
**IT IS SO ORDERED**.

Signed: April 11, 2024

*Kenneth D. Bell*
*United States District Judge*

　　　　　　　　　　　　　　　　　　　　　　　　　　*Judge's signature*

Effective Date:　　　　　　　　　　　　　　　　　　Kenneth D. Bell
*(if different from order date)*　　　　　　　　　　　*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Ishmeel Qyshawn Chapman
CASE NUMBER: 3:20-cr-155-KDB-DCK-1
DISTRICT: Western District of North Carolina

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:     Amended Total Offense Level:
Criminal History Category:     Criminal History Category:
Previous Guideline Range: ___ to ___ months     Amended Guideline Range: ___ to ___ months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

### III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

Pursuant to the Plea Agreement (Doc. No. 29), the parties agreed to an upward variance between four and six levels to a total punishment of 168 to 209 months imprisonment (including the minimum seven years consecutive punishment to Count 3). (Doc. No. 40, ¶72). Absent the Plea Agreement, the defendant would have been subject to the Armed Career Criminal Act pursuant to Count 4 and would have been held to a mandatory minimum 15 years imprisonment. *Id*. at ¶ 73.